■ EAST CONTINENTAL GEMS, INC., Respondent, v ELI YAKUTIEL et al., Defendants, and BEN MELLEN & CO., INC., Appellant.—Order, Supreme Court, New York County (Burton S. Sherman, J.), entered September 20, 1991, which denied defendant-appellant's motion for summary judgment, unanimously affirmed, with costs.

In this action for conversion of a diamond necklace, we agree with the IAS Court that whether defendant-appellant purchased the necklace in good faith (see, UCC 2-403) is an issue of fact that must await trial. Concur—Carro, J. P., Ellerin, Kupferman and Kassal, JJ.

■ EAST CONTINENTAL GEMS, INC., Appellant, v CHAYTO, S. A., Respondent, et al., Defendants.—Order, Supreme Court, New York County (Burton Sherman, J.), entered on April 1, 1992, unanimously affirmed for the reasons stated by Sherman, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Kupferman and Kassal, JJ. [See, 153 Misc 2d 883.]